## AFFIDAVIT OF TRUTH AND IDENTITY
### Public Law 97-280
(Luke 11:52 'Woe unto you lawyers...')

Case: 1:19-mc-00187
Assigned To : Unassigned
Assign. Date : 11/1/2019
Description: Misc.

For now comes I, Me, My or Myself, also known as known as Freshun Flowers Bey; house of Beyl; family of Williams,/Flowers an actual American "Indian" by blood and water; an autochthonous man of the land sometimes known as New York on Turtle Island am in agreement with the original meaning of the word <u>American</u> from Webster's 1828 American dictionary of the English language and Webster's 1936 unabridged 20th century dictionary which states: **American: n. An Aboriginal or one of the various copper-colored natives found on the American Continent by Europeans; the original application of the name.** I herein state the following:

- For the facts stated herein in plain English are true, correct, lawful, honorable, are not misleading; are not hearsay, but are admissible as evidence and if called to testify, I shall so State, and furthermore,

- For I have personal, firsthand knowledge, executive and documented knowledge of the facts stated herein and further,

- For I am not in any branch of the military and furthermore,

- For the use of statues, codes, rules, regulations, or court citations within any document created by me, at any time, is only to notice that which is applicable to government officials, is not intended, nor shall it be construed, to mean that I have conferred, submitted to, or entered into any jurisdiction presumed to thereby and furthermore,

- Equality under the Law is paramount and mandatory by Law, and furthermore,

- For I am not an employee of the United States federal government nor was I born within the ten (10) square miles of the District of Columbia; furthermore,

- I am a living soul having a human experience and not a corporate fiction; and,

1. For my mother, grandmother, father, grandfather, great grandparents, great, great grandparents show unequivocal evidence that I am a direct descendant pursuant to the law of jus sanguinis (See Presentment #1- Certificate of Live Birth). This right supersedes any law that was created by man that may hinder the free exercise of my culture, religion, traditions and customs that was passed down from generation-to-generation **(The right of blood and kindred cannot be destroyed by any Civil law, Bouvier, 1956 Maxim of Law)**; and

2. With the enactment of the Civil Rights Act of 1968 (see Presentment #2), the rights of the American Indians are protected within the 50 States of the united States of America Republic and internationally by the United Nations Declaration of the Rights of Indigenous People. Amongst them is the League of Indian Nations of North America (LINNA )in which I am a member **(ID #: 000101717)**, we are "powers of self- government "meaning and including all governmental powers possessed by our National Indian Government (executive, legislative, judicial) and all offices, bodies and tribunals are executed by our Indian courts involving any member of LINNA; And

1

RECEIVED
NOV 0 1 2019
Clerk, U.S. District and
Bankruptcy Courts

3. During the early Colonial periods of the 1700 and 1800's there were damaging violations done toward the rights of the "Indigenous American Population" living within the territories under the Public Land Trust called the United States. For the major violation that took place was the reclassification of my people from "Indian" to the labels of Negro, Colored, Black, Negro American and African American etc. For these terms do not apply to the indigenous people that are from the lands in America or any place on the Earth. For Dr. Martin Luther King, Jr. echoed these words in his famous speech entitled, *I have a Dream,* before his death..." One hundred years later, the Negro is still languished in the corners of American society and finds himself an exile in his own land." Despite what has been said from the U.S. Census Bureau about the labels of Colored, Negro American, Black, African American people, they are not immigrants to America. . . Among the indigenous American people born from direct ancestral American females (*American Indian grandmothers*) represent the fake names that were forced upon them by the U.S. Census Bureau mentioned above. For we as Indigenous Americans identified ourselves originally as the Anasazi People, Xi People (Olmec's), Washitaw, Muurs, inter alia, before the colonization of our lands; and
4. In light of the atrocities that happened to my people, numerous treaties and conventions were created between the years of 1683-1979 to settle disputes. Some were honored but most were dishonored. Throughout those years treaties and agreements were rejected, and unratified. After the Civil War, the U.S. has controlled the collective Earth Inheritance, known as the Public Land Trust consisting of 770 million acres belonging to the Indigenous American females who were
5. Placed under the identity of "Negro." For we are here not to change the citizenship of any individuals, but to correctly categorize the ethnicity and race of the individuals having origins in The Americas as stated in the Declaration on Indigenous Rights and to reclaim the land that our foremothers left behind for their descendants; furthermore,

6. For Article III of the Jay Treaty (The Treaty of Amity Commerce and Navigation, 1794) declares the right of Indians and American citizens to trade and travel between the United States with Indians dwelling on either side of the said boundary line, freely to pass and repass, by land or inland navigation into the respective territories and countries of the two parties on the continent of America which still in force as of today. Article III of the Jay Treaty is the basis of most Indian claims. Article 6 of The Constitution for the united States of America directly enforces this treaty which states, "...This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any state to the Contrary notwithstanding"; and
7. Following the Statue of Georgia Codification Law under Article II Disabilities of Free Persons of Color Sec. 1 Restrictions and Prohibitions page 833 No. 47 states *Exceptions in favor of aborigines, Moors, and Hindoos—* The provisions, prohibitions, and penalties of this Act shall not extend to any American Indian, free Moor, or Lascar; **but the burden of proof, in all cases of arrest of any person of color, shall be on such person of color, to show him or herself exempt from the operations of this act; and**
8. Furthermore, Congress declares the Bible the Word of (God) 97th Congress Joint Resolution, [S. J. Res. 165] 96 Stat. 1211, PL 97-280 – October 4, 1982. For Proverbs 11:15 and 22:26 tells us not to be a surety. All religion is law and all law is religion pursuant to PL 97-280 and similar to PL 96-211. As *for God, his way is perfect; the word of the LORD is flawless...Psalms 18:30.*" Throughout the Bible which is a unique contribution in shaping the United States as a distinctive and blessed nation and people; deeply held religious convictions springing from the Holy Scriptures led to the early settlement of our Nation; inspired concepts of civil government that are contained in our Declaration of Independence and the constitution of the United States; and

9. For not only was the Bible a "unique contribution in shaping the United States..." the Indigenous government known as the Iroquois Confederacy and other supporting Indigenous Tribes contributed to the formation of the united States Constitution: "Whereas the confederation of the original Thirteen Colonies into one republic was influenced by the political system developed by the Iroquois Confederacy as were many of the democratic principles which were incorporated into the Constitution itself; and. Whereas, since the formation of the United States, the Congress has recognized the sovereign status of Indian tribes and has, through **CONCURRENT RESOLUTIONS**—OCT. 21, 1988 102 STAT. 4933the exercise of powers reserved to the Federal Government in the Commerce Clause of the Constitution (art. I, s.2, cl. 3), dealt with Indian tribes on a government-to-government basis and has, through the treaty clause (art. II, s.2, cl. 2) entered into three hundred and seventy treaties with Indian tribal Nations;"

Therefore, concerning my true status as an American Indian 100% lineage, I hereby state that the information above is true to the best of my knowledge. I also confirm that the information here is both exact and complete and relevant information has not been omitted. **"Equity sees that as done which ought to have been done."**

I am _Freshun Flowers Bey_
: Freshun De Fencheriss: Flowers, House of Bey, Nunc Pro Tunc – Ab Initio

Deuteronomy 19:15

**Public Law 97-280**

(One witness shall not rise up against a man for any iniquity, or for any sin, in any sin that he sinneth; at the mouth of two witness, or at the mouth of three witnesses, shall the matter be established.)

Before me, _Gene No Ovinsky_, a Notary Public, on this day personally appeared _Freshun Bey_, known to me or proved to me with valid identification to be the Individual or living soul whose name is subscribed to the foregoing instrument (**AFFIDAVIT OF TRUTH AND IDENTITY**) and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed. Given under my hand and seal of office on this ___ day of _Oct_ 20_19_.

_[signature]_
Signature of Notary Public    Commission Expires    (Seal of Office)

GENE MOLOVINSKY
Notary Public-Maryland
Montgomery County
My Commission Expires
November 03, 2022

*_Freshun Flowers Bey_
Before me, _Aisha Asare_, a Notary Public, on this day personally appeared _Freshun Flowers Bey_, known to me or proved to me with valid identification to be the Individual or living soul whose name is subscribed to the foregoing instrument (**AFFIDAVIT OF TRUTH AND IDENTITY**) and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed. Given under my hand and seal of office on this _18th_ day of _October_ 20_19_.

_Aisha Asare_    June 8, 2022    (Seal of Office)
Signature of Notary Public    Commission Expires

AISHA ASARE
Notary Public
State of Maryland
Prince George's County
My commission exp. June 8, 2022